# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for New Century Home Equity Trust Series 2005-B Asset Backed Pass through, Certificates, by Ocwen Loan Servicing, LLC, its Attorney in Fact,<br><br>Plaintiff,<br><br>v.<br><br>TOM WOLFE and TAMARA WOLFE,<br><br>Defendants. | Case No: 15-cv-238  LJO BAM<br><br>**ORDER GRANTING IFP**<br><br>**(Doc. 2)** |

Defendant, Tamara Wolfe ("Defendant"), filed a Notice of Removal on February 13, 2015 and an application to proceed in forma pauperis on that same day. (Docs. 1 and 2).  Defendant has made the required showing pursuant to 28 USC § 1915(a).  Accordingly, the request to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   **March 9, 2015**             /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

1